**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-1382

———————

WAYNE LORENZO DAVIS,

Plaintiff - Appellant,

versus

ROBERT E. HYMAN, Trustee,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (3:05-cv-00519-REP; BK-04-34074-DOT)

———————

Submitted: September 28, 2006          Decided: October 4, 2006

———————

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wayne Lorenzo Davis, Appellant Pro Se.  Robert Edward Hyman, GODDIN, MAJOR, SCHUBERT & HYMAN, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne Lorenzo Davis appeals the district court's order affirming the bankruptcy court's order dismissing his Chapter 13 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Davis v. Hyman</u>, No. 3:05-cv-00519-REP; BK-04-34074-DOT (E.D. Va. Mar. 7, 2006). In light of this disposition, we deny Davis' motions for stay and for preparation of a transcript at government expense. We grant Davis' motion to amend his informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>